IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Western</u> DISTRICT OF <u>KY</u>
<u>Owensboro</u> DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*



FILED
JAMES J. VILT, JR. - CLERK
JUN 09 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

<u>LaDonna Sue Carter</u>

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

<u>See Attached</u>

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. <u>4:22-CV-70-JHM</u>
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## **Defendants**

Samuel J. Cox

Damon Preston

James Rhorer

Bradley Butler

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: LaDonna Sue Carter
   Street Address: 101 Wooldridge Street
   City and County: Big Clifty, Grayson
   State and Zip Code: KY 42712
   Telephone Number: 502-230-0715
   E-mail Address: carter.ladonna@yahoo.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Samuel J. Cox
   Job or Title (if known): Trial Division Director
   Street Address: 5 Mill Creek Park
   City and County: Frankfort, Franklin
   State and Zip Code: KY 40601
   Telephone Number: 502-564-8006
   E-mail Address (if known): samuel.cox@ky.gov

   Defendant No. 2
   Name: Damon Preston
   Job or Title (if known): DPA Public Advocate
   Street Address: 5 Mill Creek Park
   City and County: Frankfort, Franklin

2

    State and Zip Code — KY 40601
    Telephone Number — 502-564-8006
    E-mail Address (if known) — unknown

**Defendant No. 3**
    Name — James Rhorer
    Job or Title (if known) — Central Region Manager
    Street Address — 2192, 1001 Center St #301
    City and County — Bowling Green, Warren
    State and Zip Code — KY 42101
    Telephone Number — 833-254-2458
    E-mail Address (if known) — james.rhorer@ky.gov

**Defendant No. 4**
    Name — Bradley Butler
    Job or Title (if known) — District Court Judge
    Street Address — 111 W. 2ND Street
    City and County — Hardinsburg, Breckinridge
    State and Zip Code — KY 40143
    Telephone Number — 270-756-5118
    E-mail Address (if known) — unknown

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United States Constitution amendments 5 & 6

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Samuel Cox — He refused to give me adequate defense & violated my Constitutional rights.
Damon Preston — It is his job to make sure I get adequate defense. He refused to do anything.
James Rhorer — he violated my Constitutional rights.
Bradley Butler — he violated my Constitutional rights as I have the right to have an attorney or go "Pro Se." He told me I had to keep the public defender.

IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I am asking for the maximum amount from each defendant as this is still going on.*

V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *June 7, 2022*

Signature of Plaintiff  *LaDonna S. Carter*
Printed Name of Plaintiff  *LaDonna S. Carter*

B.  For Attorneys

Date of signing: _____, 20__.

6

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
                           _____
Telephone Number           _____
E-mail Address             _____

