UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

**LADONNA SUE CARTER**                                                                                           **PLAINTIFF**

v.                                                                          **CIVIL ACTION NO. 4:22-CV-70-JHM**

**SAMUEL J. COX** *et al.*                                                                                        **DEFENDANTS**

### ORDER

For the reasons set forth in the separate Memorandum Opinion and Order entered this date, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii), for seeking monetary relief against a defendant who is immune from such relief under 28 U.S.C. § 1915(e)(2)(B)(iii), and for failure to meet the notice-pleading requirements of Fed. R. Civ. P. 8(a).

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: July 25, 2022

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:   Plaintiff, *pro se*
      Defendants
4414.011